DAVID A. TANNER, Esq.
Nevada Bar No. 8282
JEFFREY C. GUNN, Esq.
Nevada Bar No. 15925
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
jeff@tannerlawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ELPENIKE EDDY-ALDAVA, an individual,    )    CASE NO.:   2:23-cv-01660-JCM-VCF
                                        )
          Plaintiff,                    )
                                        )
     vs.                                )    **STIPULATION AND ORDER TO**
                                        )    **EXTEND DEADLINE FOR PLAINTIFF**
                                        )    **TO FILE RESPONSE TO DEFENDANT'S**
SMITH'S FOOD & DRUG CENTERS, INC.       )    **MOTION FOR SUMMARY JUDGMENT**
d/b/a  SMITH'S  FOOD  AND  DRUG, a      )
foreign corporation; DOES I through X; and )
ROE ENTITIES I through X,               )
                                        )
          Defendants                    )
_____)

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The above named parties, by and through their respective counsel of record, hereby submit the following Stipulation and Order requesting that the deadline for Plaintiff to file its response to Defendant's Motion for Summary Judgment [ECF No. 18] currently scheduled for December 11, 2024, to be extended to December 18, 2024 and Defendant's Reply to be extended to January 8, 2025.

…

…

1

The reason for the request for the extension of the deadline is due to the holidays and due to Plaintiff's Counsel out of town during Thanksgiving and much of December. The extension is necessary to allow Plaintiff to properly and timely prepare the response to the motion and for the Defendant to properly prepare a reply.

DATED this 26th day of November, 2024.             DATED this 26th day of November, 2024.
**TANNER LAW FIRM**                                 **COOPER LEVENSON, P.A.**


_____                           ___/s/___Pooja Kumar_____
DAVID A. TANNER, ESQ.                               JERRY S. BUSBY, ESQ.
Nevada Bar No. 8282                                 Nevada Bar No. 1107
JEFFREY C. GUNN, ESQ.                               POOJA KUMAR, ESQ.
Nevada Bar No. 15925                                Nevada Bar No. 12988
7895 West Sunset Rd., Suite 115                     3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89113                             Las Vegas, NV 89102
_Attorneys for Plaintiff,_                          _Attorneys for Defendant,_
_Elpenike Eddy-Aldava_                              _Smith's Food & Drug Centers, Inc._



    **IT IS SO ORDERED.**



_____
**UNITED STATES DISTRICT JUDGE**
**DATE:** ___December 12, 2024___

Prepared and Respectfully Submitted by:
**TANNER LAW FIRM**

_____
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
JEFFREY C. GUNN, Esq.
Nevada Bar No. 15925
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
_Attorneys for Plaintiff_

2