JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO G. ALDAVA, as the Administrator of the Estate of ELPENIKE EDDY-ALDAVA,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S FOOD AND DRUG, a foreign corporation;  DOES I through X; and ROE ENTITIES I through X,<br><br>        Defendants. | Case No. 2:23-cv-01660-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING JOINT PRE-TRIAL ORDER**<br><br>**[FIRST REQUEST]** |

**WHEREAS** the Joint Pre-Trial Order is scheduled to be filed on October 20, 2025;

**WHEREAS** the Parties have presently scheduled a private mediation session to occur on November 6, 2025;

**WHEREAS** the Parties are hopeful that this matter will settle during the set mediation; and

**WHEREAS** the Parties are seeking to extend the time to submit the Joint Pre-Trial Order to a date after the set mediation:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff RODRIGO G. ALDAVA, as the Administrator of the Estate of ELPENIKE EDDY-ALDAVA, by and through his counsel of record DAVID A. TANNER, ESQ. and JEFFREY C. GUNN, ESQ. of TANNER LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel of

NG-C2N3CBX6 4931-6900-1331.1

record JERRY BUSBY, ESQ. and POOJA KUMAR, ESQ. of COOPER LEVENSON, P.A., that the date for the Parties to file their Joint Pre-Trial Order be extended by thirty (30) days.

**IT IS FURTHER STIPULATED AND AGREED** that the Joint Pre-Trial Order shall be filed on or before November 19, 2025.

**IT IS SO STIPULATED.**

DATED this 16th day of October, 2025.                         DATED this 16th day of October, 2025.

**TANNER LAW FIRM**                                                        **COOPER LEVENSON, P.A.**

*/s/ Jeffrey C. Gunn*                                                               */s/ Pooja Kumar*

DAVID A. TANNER, ESQ.                                              JERRY S. BUSBY, ESQ.
Nevada Bar No. 8282                                                       Nevada Bar No. 01107
JEFFREY C. GUNN, ESQ.                                              POOJA KUMAR, ESQ.
Nevada Bar No. 15925                                                     Nevada Bar No. 12988
7895 West Sunset Road, Suite 115                               3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89113                                             Las Vegas, Nevada 89102
Attorneys for Plaintiff                                                        Attorneys for Defendant
RODRIGO G. ALDAVA, as the Administrator              SMITH'S FOOD & DRUG CENTERS, INC.
of the Estate of ELPENIKE EDDY-ALDAVA

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

**DATE:**    October 17, 2025