JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO G. ALDAVA, as the Administrator of the Estate of ELPENIKE EDDY-ALDAVA,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S FOOD AND DRUG, a foreign corporation;  DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | Case No. 2:23-cv-01660-JCM-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS all Parties and their respective counsel, as undersigned, have agreed upon a full and final settlement of this case:

IT IS HEREBY STIPULATED AND AGREED, by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and David A. Tanner, Esq. of the law firm TANNER LAW FIRM as counsel of record for Plaintiff RODRIGO ALDAVA, as the Administrator of the Estate of ELPENIKE EDDY-ALDAVA, as follows:

1. That the claims herein of Plaintiff RODRIGO ALDAVA, as the Administrator of the Estate of ELPENIKE EDDY-ALDAVA, against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That there is no trial date inasmuch as the Parties had not yet submitted their Joint Pre-Trial Order.

**IT IS SO STIPULATED.**

DATED this 8th day of January, 2026.

**TANNER LAW FIRM**

DAVID A. TANNER, ESQ.
Nevada Bar No. 08282
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89147
(702) 987-8888
Attorneys for Plaintiff
Rodrigo Aldava, as the Exeutor
of the Estate of Elpenike Eddy-Aldava

DATED this 8th day of January, 2026.

**COOPER LEVENSON, P.A.**

/s/ Jerry S. Busby

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Veas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

IT IS HEREBY ODRERED, ADJUDGED, AND DECREED that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: January 13, 2026

2